IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN MICHAEL ENRIGHT**, | : | CIVIL ACTION NO. 1:14-CV-103 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 15th day of September, 2016, upon consideration of defendants' motions (Docs. 59, 70, 72) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The Perry County defendants' motions (Docs. 59, 72) to dismiss are GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED with respect to the Sixth Amendment, Americans with Disabilities Act, and substantive due process claims, and these claims are DISMISSED with prejudice.

    b. The motion is DENIED in all other respects.

2. The motion (Doc. 70) to dismiss filed by PrimeCare and Heckman is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED with respect to the Americans with Disabilities Act, Rehabilitation Act, and state law medical negligence claims, and these claims are DISMISSED with prejudice.

    b. The motion is DENIED in all other respects.

3. Defendants shall file an answer to Enright's second amended complaint (Doc. 58) or appropriate pretrial motion on or before **Thursday, October 6, 2016**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania