# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN MICHAEL ENRIGHT,** | : | CIVIL NO. 1:14-CV-103 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA,** *et al.*, | : | |
| Defendants | : | |

## ORDER & JUDGMENT

AND NOW, this 28th day of September, 2018, upon consideration of defendants' motions (Docs. 96, 100) for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 96) for summary judgment filed by defendants Perry County, Commissioner Brenda Benner, Commissioner Stephen Naylor, Commissioner Paul Rudy, Jr., Warden David Yeingst, and Deputy Warden Long is GRANTED.

2. The motion (Doc. 100) for summary judgment filed by defendants PrimeCare Medical, Inc. and Nurse Beth Heckman is GRANTED.

3. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff on all remaining claims.

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania